UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerry Ball,
  Plaintiff

v.         Case No. 1:09-cv-684

Commissioner of
Social Security,
  Defendant

# ORDER

  This matter is before the Court on the Magistrate Judge's Report and Recommendation and the Supplemental Report and Recommendation (Docs. 33 & 35).

  Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

  Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

  Accordingly, it is **ORDERED** that the Report and Recommendation and the Supplemental Report and Recommendation of the Magistrate Judge are hereby **ADOPTED**. Plaintiff's motion for attorney fees is **GRANTED**, **in part**, and counsel is **AWARDED** $6,400.00 in fees in addition to the $11,680.39 in fees already awarded by the Administration and under the Equal Access to Justice Act.

Date: July 19, 2011        s/Sandra S. Beckwith
                Sandra S. Beckwith, Senior Judge
                United States District Court